**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**WILLIS KNIGHTON,**

                        **Plaintiff,**

          **v.**                                              5:09-CV-0991
                                                             (NAM/VEB)

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**
_____

**APPEARANCES:**                                     **OF COUNSEL:**

Office of Steven R. Dolson                Steven R. Dolson, Esq
500 South Salina Street
6th Floor
P.O. Box 1279
Syracuse, NY 13201-1279
Counsel for Plaintiff

Social Security Administration            Sheena V. Williams-Barr, Esq.
Office of Regional General Counsel      Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini duly filed on the 2nd day of March 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Plaintiff's motion for judgment on the pleadings is granted, Defendant's motion for judgment on the pleadings is denied, and the decision of the Comisioner is reversed and the case is remanded for further proceedings in accordance with the Report and Recommendation and pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 19, 2012
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge